**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

PREMIUM PAYMENT PLAN,

                Plaintiff,

    v.

SHANNON CAB CO. T/A GOLDEN
LIMO SERVICES A/T/A LUXURY
LIMO,

                Defendants.

Civil Action No. 04-4669

**ORDER**

June 14, 2010                                          Pollak, J.

      AND NOW, this 14th day of June, 2010, for reasons stated in the accompanying memorandum, Judge Angell's order (docket no. 63) that defense counsel, Willan Franklyn Joseph, may be deposed and must withdraw, reviewed on defendant's appeal (docket no. 64) is AFFIRMED IN PART. It is hereby ORDERED that (1) plaintiff can depose Willan Franklyn Joseph and (2) that Joseph need not withdraw at this time.

BY THE COURT:

/s/ Louis H. Pollak
Pollak, J.

1